MANDATE

03-00370
Judge Lisi
USDCRI

# United States Court of Appeals
## For the First Circuit

No. 04-2327

TODD JOSEPH LASCOLA,

Petitioner, Appellant,

v.

UNITED STATES OF AMERICA,

Respondent, Appellee.

Before

Boudin, Chief Judge,
Stahl, Senior Circuit Judge,
and Lynch, Circuit Judge.

JUDGMENT

Entered: September 28, 2005

We have reviewed the record and the petitioner's memorandum in support of his request for a certificate of appealability (COA). Upon review, we conclude, essentially for the reasons stated in the district court's memorandum and order, dated September 13, 2004, that petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

The motion to supplement the COA request with citation to United States v. Booker, 125 S.Ct. 738 (2005), is granted. However, Booker is of no aid to petitioner since, inter alia, we have concluded that it does not apply retroactively on § 2255 collateral review. See United States v. Fraser, 407 F.3d 9, 11 (1st Cir. 2005) (on petition for rehearing); Cirilo-Munoz v. United States, 404 F.3d 527, 532-33 (1st Cir. 2005).

The motion to submit additional documentation is denied. We have already rejected on direct appeal petitioner's challenge to

how the amount of loss was calculated. Apart from the fact that, as noted in petitioner's direct appeal, this court does not consider material that is not part of the district court record, see United States v. LaScola, 45 Fed. Appx. 5, 8 n.2 (1st Cir. 2002), petitioner may not relitigate this same claim via a § 2255 motion.

The motion for release is denied.

The request for a certificate of appealability is denied and this appeal is terminated.

By the Court:

Richard Cushing Donovan, Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 11/22/05

By: MARGARET CARTER

Chief Deputy Clerk.

[cc: Todd Lascola, Terrence Donnelly, AUSA, Donald Lockhart, AUSA]