**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TODD LASCOLA,<br>PETITIONER, | ) | |
| v. | ) | CR NO. 00-0133 ML |
| UNITED STATES OF AMERICA,<br>RESPONDENT. | ) | CA 03-370 ML |

State of Florida )
County of Sumter )

**AFFIDAVIT OF TODD LASCOLA IN SUPPORT OF RULE 60(b) MOTION**

**PERSONALLY APPEARED** before me, Todd LaScola, who, first being duly sworn, deposes and hereby states as follows:

1. That he is the petitioner in the within pending action, and as such is familiar with the facts and circumstances related to this matter.

2. That he is presently serving a federal prison sentence at FCC - Low, located in Coleman, Florida, in the care and custody of the Federal Bureau of Prisons.

3. During his incarceration, he contacted Mr. Edward Bertozzi, Jr., the trustee for CPA Advisors Network, in an attempt to secure evidence of the RBG notes value.

4. Mr. Bertozzi responded with correspondence indicating that the RBG notes had value, but void of any specific detail.

5. For the majority of the period for filing his 2255 Motion, he was limited to, at best, only United States Code for legal research, and, for almost ten months of the period of response and document submission (such as said correspondence), was denied access to his legal papers, addresses, and legal research.

6. That he believed, due to the report submitted by Mr. Bertozzi to U.S. Probation, for the purposes of the PSR, along with the non-detailed correspondence, that he could not reasonably assume any direct evidence as to the RBG note value forthcoming from Mr. Bertozzi.

7. That it was not until the Trustee's Final Report & Account, which Mr. Bertozzi graciously provided, that he was aware of the magnitude of the proceeds derived from the RBG notes or the necessary case information to independently secure all CPA and CPI documentation.

**FURTHER AFFIANT SAYETH NOT.**

Todd J. LaScola
Petitioner

**SWORN** to and subscribed before the undersigned this _____ day of March, 2006, at Coleman, Florida.

**FCC Coleman, Florida Sumter County**

**Subscribed and sworn before me this 12 day of March 20 06**

T. Padgett
Case Manager

**Authorized by the Act of July 7, 1955, as amended, to administer oaths (18 USC & 4004)**