**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TODD J. LASCOLA | ) | |
| | ) | |
| v. | ) | C.A. No: 03-370ML |
| | ) | |
| UNITED STATES OF AMERICA | ) | (Re CR No. 00-0133ML) |

**GOVERNMENT'S MOTION TO EXTEND TIME**

Now comes the United States, by its attorneys, and moves, pursuant to Local Rule Cv 7(a), to extend the time for filing a response the Petitioner's Motion for Relief from Judgment Pursuant to Fed. R. Civ. Proc. Rule 60(b).

As grounds for this Motion, the government submits that on March 22, 2006, the defendant filed the above Motion. The Motion relates to the petitioner's efforts to have this Court reverse its denial of his postconviction relief motion filed under 28 U.S.C. §2255.

Although the petitioner properly served the motion, it was not brought to the attention of the undersigned until the Clerk contacted him to determine if the government was going to file a response. The government plans on doing so, and respectfully requests two weeks to file such with the Court. The government does not believe the defendant will suffer any prejudice from such an extension.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Terrence P. Donnelly
Assistant U.S. Attorney

CERTIFICATION OF SERVICE

I hereby certify that on this 19th day of April, 2006, I served by first class mail, postage prepaid, a copy of the within Government's Motion to Extend Time, to the following:

Todd J. LaScola, Reg. No. 04952-070
Federal Correctional Center - Low
P.O. Box 1031
Coleman, FL 33521

Paulette E. Hamache