UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TODD JOSEPH LASCOLA, Petitioner, | : | |
| | : | CR NO. 00-0133 ML |
| v. | : | |
| | : | CA NO. 03-0370 ML |
| UNITED STATES OF AMERICA, Respondent. | : | |

**STATEMENT OF UNDISPUTED FACTS**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, and Rule 56 of the Local Rules of this Court, Petitioner submits this concise statement of material facts as to which he believes there is nu genuine issue necessary to be litigated in support of this Motion for Summary Judgment.

1. That I am the Petitioner in the within pending action, and as such am familiar with the facts and circumstances related to this matter. (*See* Petitioner Affidavit in Support of Rule 60(b) Motion at pg. 1.)

2. That Petitioner is presently serving a federal prison sentence at FCC Coleman - Low, located in Coleman, Florida, in the care and custody of the Federal Bureau of Prisons. (*See* Petitioner Affidavit in Support of Rule 60(b) Motion at pg. 1.

3. During Petitioner's incarceration, he has contacted Mr. Edward Bertozzi, Jr., the Trustee for CPA Advisors Network, in an attempt to secure evidence of the RBG notes value. (*See* Petitioner Affidavit in Support of Rule 60(b) Motion at pg. 1.)

4. Mr. Bertozzi responded with correspondence indicating that the RBG notes had value,

but void of any specific details. (See Petitioner Affidavit in Support of Rule 60(b) Motion at pg. 1.)

5. For the majority of the period before filing of Petitioner's 2255 Motion, he was limited to, at best, only United States Code for legal research, and, for almost ten months of the period of response and document submission (such as said correspondence), was denied access to his legal papers, addresses, and legal research. (See Petitioner Affidavit in Support of Rule 60(b) Motion at pg. 2.)

6. That Petitioner believes, due to the report submitted by Mr. Bertozzi to U.S. Probation, for the purposes of the Pre Sentencing Report, along with the non-detailed correspondence, that he could not reasonably assume any direct evidence as to the RBG note value forthcoming from Mr. Bertozzi. (See Petitioner Affidavit in Support of Rule 60(b) Motion at pg. 2.)

7. That it was not until the Trustee's Final Report and Account, which Mr. Bertozzi graciously provided, that Petitioner was aware of the magnitude of the proceeds derived from the RBG notes or the necessary case information to independently secure all CPA and CPI documentation. (See Petitioner Affidavit in Support of Rule 60(b) Motion at pg. 2.)

8. All customer claims, including the CPA "victims", were satisfied by the distributions, in excess of $6.8 million dollars, from CPA. (See Rule 60(b) Motion at pg 2, and its Exhibit D, the *Trustee's* Final Report & Account at pg. 8, #21.)

9. The RBG notes produced in excess of $7.3 million dollars. (See Rule 60(b) Motion at pg. 4, and its Ex. D, the *Trustee's* Final Report and Account at pg. 10, #24.)

10. The remaining "victims" were CPI clients and listed as such in the CPA *Trustee's* Final Report and Account. (See Rule 60(b) Motion, and its Ex. D, the *Trustee's* Final Report and Account at pg. 20.)

11. Those victims were satisfied by CPI distributions. (See Rule 60(b) Motion, pg. 3, and its Ex. F from *Receiver's* First and Final Report.)

12. Excess funds were paid for the benefit of Todd J. LaScola. (See Rule 60(b) Motion, and its Ex B, from *Receiver's* First and Final Report at pg. 7, #4.)

13. The petitioner has shown satisfaction of the Mitchell Standard in his 60(b) Motion. (See Rule 60(b) Motion at pgs. 4-7.)

14. The petitioner has shown the effect this new evidence would have on the 2255 Motion. (See Rule 60(b) Motion at pgs. 7-9.)

Respectfully submitted,

[signature]

Todd Joseph LaScola #04952-070
FCC Coleman LOW
P.O. Box 1031
Coleman, FL 33521

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of April, 2006, I caused to be served via first class mail, postage prepaid, a copy of the within Statement of Undisputed Facts to:

Donald Lockhart, Esq.
Assistant United States Attorney
Office of the United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903.

[signature]