**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TODD J. LASCOLA, PETITIONER, | ) | C.A. No. 03-370ML |
| v. | ) | CR No. 00-0133ML |
| UNITED STATES OF AMERICA, RESPONDENT. | ) | |

## AMENDED MOTION FOR SUMMARY JUDGMENT

NOW HERE comes Todd J. LaScola, petitioner pro se, who moves this Honorable Court for summary judgment as to the issue of restitution. As there is no genuine issue as to any material fact relating to restitution, the petitioner is entitled to judgment as a matter of law.

The Motion is further explained in the attached Memorandum In Support.

## MEMORANDUM IN SUPPORT

A movant is entitled to summary judgment when "there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law." (Nepsk, Inc. v Town of Houlton, 283 F.3d 1, 1st Cir. 2002; Citing Fed. R. Civ. P. 56(c))

The material facts presented in the petitioner's Rule 60(b) motion, namely the filings and orders relating to distributions from CPA Advisors Network and CPI Investment Management (Rule 60(b) Motion, Exhibits B, D, and F), are not disputed. The overwhelming evidence supports the petitioner's assertion that the victims have been satisfied.

"In the event that the non-movant fails to offer any contrary information, the court should find the fact(s) undisputed." (Fed. R. Civ. P. Rule 56, Commentary) In the government's Objection, they do not offer any contrary information to the aforementioned material facts. They simply offer that "it is possible that SIPC, as governmental insurer is owed money[.]" (Memorandum - Government's Objection at pg. 2) The government offers no evidence of such, simply states its concern. This "concern" is in direct conflict with the actual evidence presented to the court. SIPC itself has said that it is fully satisfied. (Rule 60(b) Motion, pg. 3, Exhibit D at #21, and Exhibit E at #4)

Since there is no evidence to the contrary, and conclusive evidence as to satisfaction, restitution should be deemed satisfied.

**CONCLUSION**

Based on the forgoing, the petitioner is entitled to summary judgment as to restitution and, as such, restitution should be ordered satisfied. Respectfully submitted this ___ day of May, 2006.

Respectfully submitted this 17th day of May, 2006.

Todd J. LaScola
04952-070
FCC - Low
P.O. Box 1031
Coleman, FL 33521

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of May, 2006, I caused to be served via first class mail, postage prepaid, a copy of the within Amended Motion for Summary Judgment to:

Donald Lockhart, Esq.
Assistant United States Attorney
Office of the United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Todd J. LaScola
Todd J. LaScola #04952-070
FCC Coleman - LOW
P.O. Box 1031
Coleman, FL 33421