UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TODD JOSEPH LASCOLA, Petitioner, | : | |
| | : | CR NO. 00-0133 ML |
| v. | : | |
| | : | CA NO. 03-0370 ML |
| UNITED STATES OF AMERICA, Respondent. | : | |

PETITIONER'S RESPONSE TO GOVERNMENT'S OBJECTION TO SUMMARY JUDGMENT

The government, yet again, in its objection to Summary Judgment, asks this court to label the petitioner's 60(b) Motion as a successive §2255 Motion. The government, apparently unhappy with the Supreme Court's ruling in *Gonzalez v Crosby*, 162 L.Ed 2d 480, 2005, defends its position with the "memorable", but unfortunately outdated, words of Judge Easterbrook (2004). (Government's Objection to Summary Judgment, Pg. 2)

Regardless of the government's repeated attempts to ignore *Gonzalez* and classify the 60(b) Motion as a successive §2255 Motion, the petitioner's 60(b) Motion meets the standards established by *Gonzalez* and therefore must be considered.

Furthermore, the government still does not object nor contest any facts offered by the petitioner in his 60(b) Motion, Response to Governments Objection to the 60(b) Motion, Motion for Summary Judgment, or Amended Motion for Summary Judgment. As addressed in the petitioner's previous filings, any facts not specifically contradicted by the non-movant must be deemed "undisputed", and therefore true. (See *Rocafort v. IBM Corp.*, 334 F.3d 115, 1st 2003;

See also, petitioner's Motion for Summary Judgment, Pg. 2; Response to Government's Objection to 60(b) Motion, Pg. 1; and Amended Motion for Summary Judgment, Pg. 2)

In light of the "undisputed" facts, the petitioner avers:

1. Summary Judgment on the issue of restitution, or, in the alternative, judgment granting relief on the merits, is required.

2. As to the reopening of the §2255 proceedings, the government has made no real contention as to the merits of the petitioner's 60(b) Motion. Therefore, this Honorable Court should enter judgment on the merits as relates to such and incorporates the petitioner's 60(b) Motion, Motion For Summary Judgment, Amended Motion For Summary Judgment, and Petitioner's Response to the Government's Objection for such.

Respectfully submitted,

Todd J. LaScola #04952-070
FCC Coleman - LOW
P.O. Box 1031
Coleman, FL 33521

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of May, 2006, I caused to be served via first class mail, postage prepaid, a copy of the within Petitioner's Response to Government's Objection to Summary Judgment. to:

Donald Lockhart, Esq.
Assistant United States Attorney
Office of the United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903